UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAYLA REED, an individual, | Case No. 1:17-cv-07471 |
| Plaintiff, | JUDGE KATHERINE B. FOREST |
| vs. | |
| SQUARESPACE, INC., | MAGISTRATE GABRIEL W. GORENSTEIN |
| Defendant. | **MOTION TO EXTEND DEADLINE AND ADJOURN INITIAL PRETRIAL** |

Now comes Plaintiff, Kayla Reed, by and through the undersigned counsel and respectfully requests additional time to file the Joint Proposed Schedule, due today, and an adjournment of the Initial Pretrial Conference currently scheduled for October 31, 2017.

Plaintiff notifies the Court that the Return of Summons for service on the Defendant is in the process of being obtained and Plaintiff has not been contacted by an opposing counsel. Therefore, submitting a Joint Proposed Schedule is not possible by the deadline. Plaintiff respectfully requests an extension to November 15, 2017, to file the Joint Proposed Schedule and an adjournment of the Initial Pretrial Conference to November 17, 2017. The Plaintiff has not requested any prior extensions or adjournments.

Dated: October 25, 2017

*Respectfully submitted,*

/s/ Javier L. Merino. Esq.
Javier L. Merino, Esq. (5294699)
DannLaw
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
(201) 355-3440 (Direct)
(216) 373-0536 (Fax)
jmerino@dannlaw.com
DisabilityNotices@dannlaw.com
*Counsel of Record for Plaintiff*

Ordered
Initial conference adjourned to 11/17/17 at 2:30pm.
Serve this order on the defendant.

KBF
USDJ
10/26/17