UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAYLA REED, an individual,

    Plaintiff,

            -against-

SQUARESPACE, INC.,

    Defendant.

Case No. 17-cv-07471

## NOTICE OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** that Matthew A. Steinberg, Esq., of Akerman LLP, hereby appears as counsel in this case for Defendant SQUARESPACE, INC.

I am admitted or otherwise authorized to practice in this Court, and I hereby request that all orders, pleadings, and other documents filed or served in this action be served on me at the address listed below.

Dated: New York, NY
       November 8, 2017

Respectfully submitted,

**AKERMAN LLP**

*s/ Matthew A. Steinberg*
Matthew A. Steinberg, Esq.
666 Fifth Avenue, 20th Floor
New York, New York 10103
matthew.steinberg@akerman.com
*Attorneys for Defendant Squarespace, Inc.*