UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAYLA REED, an individual,<br><br>    Plaintiff,<br><br>            -against-<br><br>SQUARESPACE, INC.,<br><br>    Defendant. | Case No. 17-cv-07471 |

## NOTICE OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** that Raymond J. Berti, Esq., of Akerman LLP, hereby appears as counsel in this case for Defendant SQUARESPACE, INC.

I am admitted or otherwise authorized to practice in this Court, and I hereby request that all orders, pleadings, and other documents filed or served in this action be served on me at the address listed below.

Dated: New York, NY
       November 8, 2017

Respectfully submitted,

**AKERMAN LLP**

*s/ Raymond J. Berti*
Raymond J. Berti, Esq.
666 Fifth Avenue, 20th Floor
New York, New York 10103
raymond.berti@akerman.com
*Attorneys for Defendant Squarespace, Inc.*