# akerman

Matthew A. Steinberg

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY 10103

D: 212 880 3826
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6480
matthew.steinberg@akerman.com

December 5, 2017

**VIA ECF and EMAIL**
**to ForrestNYSDChambers@nysd.uscourts.gov**

The Hon. Katherine B. Forrest
U.S. District Court, Southern District of N.Y.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312225

          Re:    **Kayla Reed v. Squarespace, Inc.**
                   **Case No. 1:17-cv-07471**

Dear Judge Forrest:

        We represent Defendant Squarespace, Inc. ("Squarespace") in the above-referenced matter. Pursuant to Your Honor's Individual Rules of Practice in Civil Cases, we write on behalf of counsel for both parties to respectfully request a 30-day extension of time for Squarespace to answer, move, or otherwise respond to Plaintiff Kayla Reed's ("Plaintiff") Complaint, **up to and including January 12, 2018**.

        The parties seek this extension because they are presently engaged in discussions regarding the specifics of the alleged accessibility issues identified in Plaintiff's Complaint, as well as the factual and legal basis for Plaintiff's Complaint. This is Squarespace's second unopposed request for an extension of time to respond to Plaintiff's Complaint, and the proposed extension will not impact any other deadlines in this action.

        Thank you for Your Honor's consideration.

Respectfully submitted,

AKERMAN LLP

*/s/ Matthew A. Steinberg*

*[Handwritten annotation: Ordered. Denial. We need to proceed. KBF for USDJ 12/6/17]*

akerman.com

43534250;1

The Hon. Katherine B. Forrest<br>
December 5, 2017<br>
Page 2

Matthew A. Steinberg

cc: Raymond J. Berti, Esq. (via ECF and e-mail)
    Marc Edward Dann, Esq. (via ECF and e-mail)
    Javier Luis Merino, Esq. (via ECF and e-mail)