UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAYLA REED, an individual,<br><br>    Plaintiff,<br><br>            -against-<br><br>SQUARESPACE, INC.,<br><br>    Defendant. | Case No. 17-cv-07471 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kayla Reed, by and through her counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Squarespace, Inc..

Dated: New York, NY
       December 12, 2017

Respectfully submitted,

**DANNLAW**

*/s/ Javier L. Merino*
Javier L. Merino, Esq.
Marc Edward Dann, Esq.
1 Meadowlands Plaza, Suite 200
East Rutherford, New Jersey 07073
(216)-373-0539
mdann@dannlaw.com
jmerino@dannlaw.com
*Attorneys for Plaintiff Kayla Reed*

43601327;1